# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133314 & 31)

MAYNARD SILCOX,
      Plaintiff,

v

WAYNE COUNTY,
      Defendant Third-Party
      Plaintiff-Appellee,

v

CITY OF DEARBORN,
      Third-Party
      Defendant-Appellant.

_____

SC     133314
CoA   274613
Wayne CC 06-604448-NO

On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2007

Clerk